21 So.2d 856

**Joe B. FULLER v. STATE.**
**5 Div. 216.**

Court of Appeals of Alabama.
April 17, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

23 So.2d 144

**Ted GIBBS v. STATE.**
**7 Div. 823.**

Court of Appeals of Alabama.
June 5, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

24 So.2d 921

**John GLOVER v. STATE.**
**6 Div. 237.**

Court of Appeals of Alabama.
Feb. 5, 1946.

Cora R. Thompson, of Birmingham, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

25 So.2d 857

**Jessie Lee (alias Link) GOOLSBY v. STATE.**
**4 Div. 941.**

Court of Appeals of Alabama.
April 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

21 So.2d 856

**Jim Coley GRAY v. STATE.**
**5 Div. 213.**

Court of Appeals of Alabama.
Feb. 13, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

24 So.2d 921

**Henry Alfred GREER v. STATE.**
**6 Div. 215.**

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.